UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-21532-CIV-LENARD/O'SULLIVAN

CRISTIAN MANUEL SILVA YANTEN
and JOSE LUIS ALGANARAZ,

    Plaintiffs,

v.

ADCO INSTALLERS LLC and
ANGEL A. DIAZ,

    Defendants.
                               /

## ORDER

THIS MATTER is before the Court *sua sponte*. A settlement conference in this matter is scheduled before the undersigned on Friday, May 25, 2018 at 10:30 A.M. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the defendants shall file their response to the Plaintiffs' Statement of Claim (DE# 9, 4/19/18) by **Tuesday, May 22, 2018.**

**DONE AND ORDERED** in Chambers at Miami, Florida this **18th** day of May, 2018.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record