UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:18-21532-CIV-JAL

CRISTIAN MANUEL SILVA YANTEN, )
JOSE LUIS ALGANARAZ, JEREMIAS )
NICOLAS ALGANARAZ and all others )
similarly situated under 29 U.S.C. 216(b), )
)
)
        Plaintiffs, )
  vs. )
)
)
ADCO INSTALLERS LLC, )
ANGEL A. DIAZ )
)
        Defendants. )
_____

# PLAINTIFFS' UPDATED STATEMENT OF CLAIM

    Now come the Plaintiffs, by and through the undersigned, and file the above-described

Updated Statement of Claim as follows:

Plaintiff CRISTIAN MANUEL SILVA YANTEN
**Time-And-A-Half Overtime Claim (6/1/17-9/11/17):**
Amount of time-and-one-half overtime per hour not compensated: $22.50
Weeks: 15 (rounded up)
Overtime hours per week: 8
Total overtime wages unpaid and liquidated damages: $2,700 X 2 = $5,400.00, *exclusive of* **attorneys' fees and costs**

**One-Half Time Overtime Claim (6/1/17-9/11/17):**
Amount of one-half overtime per hour not compensated: $7.50
Weeks: 15 (rounded up)
Overtime hours per week: 18
Total overtime wages unpaid and liquidated damages: $2,025 X 2 = $4,050.00, *exclusive of* **attorneys' fees and costs**

**Total OT wages unpaid and liquidated damages: $4,725.00 X 2 = $9,450.00,** *exclusive of* **attorneys' fees and costs**


Plaintiff JOSE LUIS ALGANARAZ
**Time-And-A-Half Overtime Claim (4/4/17-1/15/18):**
Amount of time-and-one-half overtime per hour not compensated: $34.5

Weeks: 41 (rounded up)
Overtime hours per week: 8
Total overtime wages unpaid and liquidated damages: $11,316 X 2 = $22,632.00, *exclusive of* **attorneys' fees and costs**

**One-Half Time Overtime Claim (4/4/17-1/15/18):**
Amount of one-half overtime per hour not compensated: $11.50
Weeks: 41 (rounded up)
Overtime hours per week: 18
Total overtime wages unpaid and liquidated damages: $8,487 X 2 = $16,974.00, *exclusive of* **attorneys' fees and costs**

**Total OT wages unpaid and liquidated damages: $19,803 X 2 = $39,606.00,** *exclusive of* **attorneys' fees and costs**

Plaintiff JEREMIAS NICOLAS ALGANARAZ
**Time-And-A-Half Overtime Claim (10/1/17-1/15/18):**
Amount of time-and-one-half overtime per hour not compensated: $19.50
Weeks: 15 (rounded down)
Overtime hours per week: 8
Total overtime wages unpaid and liquidated damages: $2,340 X 2 = $4,680.00, *exclusive of* **attorneys' fees and costs**

**One-Half Time Overtime Claim (10/1/17-1/15/18):**
Amount of one-half overtime per hour not compensated: $6.50
Weeks: 15 (rounded down)
Overtime hours per week: 18
Total overtime wages unpaid and liquidated damages: $1,755 X 2 = $3,510.00, *exclusive of* **attorneys' fees and costs**

**Total OT wages unpaid and liquidated damages: $4,095 X 2 = $8,190.00,** *exclusive of* **attorneys' fees and costs**

**ALL Plaintiffs OT wages unpaid and liquidated damages: $28,623 X 2 = $57,246.00,** *exclusive of* **attorneys' fees and costs**

\* Plaintiffs seek all fees and costs under the FLSA. The above calculation does not account for fees and costs under the FLSA sought by Plaintiffs.
\*\* Plaintiffs reserve the right to seek time-and-one-half damages for any *additional* completely unpaid overtime hours should the facts adduced in discovery justify same.

                                                 Respectfully submitted,

                                                 J. H. ZIDELL, P.A.
                                                 ATTORNEYS FOR PLAINTIFF

300-71ST STREET, SUITE 605
MIAMI BEACH, FLORIDA 33141
305-865-6766
305-865-7167

By:_s/ Neil Tobak, Esq. ___
Neil Tobak, Esquire
Florida Bar No.: 093940

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS PROVIDED VIA CM/ECF ON 5/22/18 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:_____/s/ Neil Tobak_____
NEIL TOBAK, ESQ.**